UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **Stephen O'Neil Simpson,** | § | |
| **TDCJ No. 738373,** | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | Civil Action No. SA-09-CV-0125-NN |
| | § | |
| **Officer Adam Cruz,** | § | |
| **Officer James Flores,** | § | |
| **Officer Anthony Corpus,** | § | |
| **Officer Shelley Grayson,** | § | |
| **Sergeant Michael Huser,** | § | |
| **Lieutenant Szndra Hartoon,** | § | |
| **Lieutenant Brian Peterson,** | § | |
| **Major Darren Wallace,** | § | |
| **Lieutenant Alberto Diaz,** | § | |
| **Sergeant Lionel Porras,** | § | |
| **Sergeant Vernet Davis,** | § | |
| **Lieutenant Robert Bluhm,** | § | |
| **Sergeant Steven Havard,** | § | |
| **Assistant Warden Gary Hunter,** | § | |
| **Warden Paul Morales,** | § | |
| **L.V.N. Peggy Gohlke,** | § | |
| **Officer Tiffany Smith,** | § | |
| **Officer Francine Aguero,** | § | |
| **Officer Jose Aguero,** | § | |
| **Officer Paul Martinez,** | § | |
| **O.I.G. David Guajardo,** | § | |
| **O.I.G. Shelia Thomas,** | § | |
| **O.I.G. Jonny Santana,** | § | |
| **Director Rick Thaler,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER EXTENDING TIME TO FILE NOTICE OF APPEAL

This order addresses plaintiff Stephen O'Neil Simpson's motion for an extension

of time to file a notice of appeal. Rule 4 provides that a notice of appeal "must be filed with the district clerk within 30 days after the judgment…appealed from is entered."[1] Simpson seeks to appeal to a judgment entered on October 5, 2011. Rule 4 permits the trial court to extend the time to file a notice of appeal if an appellant asks for an extension of time within the time period for filing a notice of appeal.[2] Simpson's motion was filed within the time for filing a notice of appeal. Because the rule permits the court to extend the deadline for filing a notice of appeal until "14 days after the date when the order granting the motion is entered,"[3] I grant Simpson's request (docket entry # 150) and extend his deadline until November 29, 2011.

The Clerk is DIRECTED to provide a copy of this Order to Simpson at TDCJ Wynne Unit, 810 FM 1821 West, Huntsville, Texas 77349.

**SIGNED** on November 15, 2011.

*Nancy Stein Nowak*
NANCY STEIN NOWAK
UNITED STATES MAGISTRATE JUDGE

---

[1] Fed. R. App. P. 4(a)(1)(A).

[2] Fed. R. App. P. 4(a)(5) ("The district court may extend the time to file a notice of appeal if…a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and (ii) regardless of whether its motion….").

[3] Fed. R. App. P. 4(a)(5)(C) ("No extension under this Rule 4(a)(5) may exceed 30 days after the prescribed time or 14 days after the date when the order granting the motion is entered, whichever is later.").